CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 0 3 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DANNY R. THOMPSON,<br>Plaintiff, | Civil Action No. 7:05-CV-00503 |
| | **FINAL ORDER ADOPTING REPORT<br>AND RECOMMENDATION** |
| v. | |
| LT. SIMPSON, et al.,<br>Defendants. | By: Samuel G. Wilson<br>United States District Judge |

Danny R. Thompson brings this suit pursuant to 42 U.S.C. § 1983, claiming that the defendants were deliberately indifferent to his medical needs. The defendants filed a motion for summary judgment, and the court referred the matter to United States Magistrate Judge Michael F. Urbanski pursuant to 28 U.S.C. § 636(b)(1)(B) for a report and recommendation. The Magistrate Judge filed a report and recommendation, finding that there was no genuine issue of material fact as to whether the defendants were deliberately indifferent to Thompson's medical needs and recommending that the court grant the defendants' motion for summary judgment. Neither party filed objections.

The court has reviewed the Magistrate Judge's report and pertinent portions of the record. It is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's report is **ADOPTED** in its entirety, that the defendants' motion for summary judgment is **GRANTED**, and that Thompson's suit is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this order to the plaintiff and to counsel for the defendants.

ENTER: This \_\_3-t/\_\_ day of April, 2006.

                                                        UNITED STATES DISTRICT JUDGE